**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cedric MASSENGALE, Jr.,**
**Defendant–Appellant.**

**No. 08–16651**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 7, 2010.

Ramona C. Albin, U.S. Attorney's Office, for Plaintiff–Appellee.

William Jordan Brower, Brower Law Office, Birmingham, AL, for Defendant–Appellant.

Before MARCUS, PRYOR and FAY, Circuit Judges.

PER CURIAM:

William J. Brower, appointed counsel for Cedric Massengale in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Massengale's convictions and sentences are **AFFIRMED.**